UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHANDA MATHIS on behalf of**
**MICHELLE MATHIS,**

    **Plaintiff,**

    v.

           **Civil Action 2:12-cv-84**
           **Judge Algenon L. Marbley**
           **Magistrate Judge E.A. Preston Deavers**

**STATE OF OHIO PROBATE COURT, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the February 6, 2012 Report and Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  (ECF No. 2.)  The Magistrate Judge recommended that the Court dismiss the Complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2) on the grounds that Ms. Mathis is not an attorney at law.  She further recommended that the Court direct the Clerk not to accept for filing any future complaint from Ms. Mathis unless it has been first presented to a Magistrate Judge to determine whether Ms. Mathis is impermissibly filing the action on behalf of another.

The Report and Recommendation specifically advises Ms. Mathis that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the

judgment of the District Court." (Report and Recommendation 2, ECF No. 32.) The time period for filing objections to the Report and Recommendation has expired. Ms. Mathis has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DISMISSES** the Complaint **WITHOUT PREJUDICE** and **DIRECTS** the Clerk to present any future Complaints to a Magistrate Judge to determine whether Ms. Mathis is again seeking to impermissibly file an action on behalf of another.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY
UNITED STATES DISTRICT COURT**

**DATED: February 29, 2012**