**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**SHANDA MATHIS on behalf of**
**MICHELLE MATHIS,**

    Plaintiff,

    v.

    Civil Action 2:12-cv-84
    Judge Algenon L. Marbley
    Magistrate Judge E.A. Preston Deavers

**STATE OF OHIO PROBATE COURT, et al.,**

    Defendants.

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the February 29, 2012 Order, the Court ADOPTED the Report and Recommendation. The Court DISMISSES the Complaint WITHOUT PREJUDICE.

Date:  **February 29, 2012**          **James Bonini, Clerk**

                                        s/Betty L. Clark
                                        Betty L. Clark/Deputy Clerk