# *UNITED STATES DISTRICT COURT*

*SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

**SHANDA MATHIS on behalf of**
**MICHELLE MATHIS,**

    **Plaintiff,**

                                                  **Civil Action 2:12-cv-84**
    v.                                        **Judge Algenon L. Marbley**
                                                **Magistrate Judge E.A. Preston Deavers**

**STATE OF OHIO PROBATE COURT, et al.,**

    **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the February 29, 2012 Order, the Court ADOPTED the Report and Recommendation. The Court DISMISSES the Complaint WITHOUT PREJUDICE.

Date: **February 29, 2012**                      **James Bonini, Clerk**

                                                      s/Betty L. Clark
                                                     Betty L. Clark/Deputy Clerk